IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| ROBERT L. BUSHNELL, Individually and d/b/a QUALITY COLLISION AND TOWING, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 4:11-CV-27 Judge Mattice |
| BEDFORD COUNTY, TENNESSEE, a Political Subdivision of the State of Tennessee; CITY OF SHELBYVILLE, a Municipality and Political Subdivision of the State of Tennessee; | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to F.R.C.P. Rule 41(a)(1), herewith provides notice of the dismissal of the above-captioned claims, with prejudice.

      Respectfully submitted,

      **BURGER, SCOTT & McFARLIN**

      **/s/Wm. Kennerly Burger**
      **Wm. Kennerly Burger, BPR #3731**
      Attorney for Plaintiff
      12 Public Square North
      Murfreesboro, TN 37130
      Telephone: (615) 893-8933
      Facsimile: (615) 893-5333

## CERTIFICATE OF SERVICE

       I hereby certify that a true and exact copy of the foregoing has been forwarded, via electronic filing, to the following: John D. Schwalb, Wallace & Schwalb, PLLC, 108 Fourth Avenue South, Suite 207, Franklin, TN 37064; and Heather C. Stewart, Farrar & Bates, LLP, 211 Seventh Ave., N., Suite 500l, Nashville, TN 37219, on this the 25th day of January, 2012.

       **/s/Wm. Kennerly Burger**
       **Wm. Kennerly Burger**

cc:    Mr. Robert L. Bushnell